135 F.3d 764
 Evetta Dennis, Thomas Dennis, Patricia Williams, Darlene
Smith, Ruth Ann Cast, Estella Vick
v.
Communication Machinery Corporation, a/k/a CMC and/or CMC
Rockwell, as Successor to and/or d/b/a Communication
Machinery Research Corporation, CMC Acquisition Corp.,
Unisys Corporation, Pertec Computer Corporation, Scan
Optics, Inc., Sperry Rand Corporation; Unisys Corporation,
Pertec Computer Corporation v. Pertec Computer Corporation, Pertec
 NO. 96-5843
 United States Court of Appeals,
Third Circuit.
 Dec 10, 1997
 
 Appeal From: D.N.J. ,No.905073 ,
 Fisher, J.,
 
 927 F.Supp. 156
 
 1
 Affirmed.